JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP HOWARD GRAVES, | ) NO. EDCV 07-01235-CJC (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| JOHN MARSHALL, WARDEN, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: June 9, 2009.

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE